UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEOPLE OF CALIFORNIA, et al., <br>     Plaintiffs, <br> v. <br> RALPHEE GARSDIE, <br>     Defendant. | Case No. 19-cv-06064-WHO <br><br> **ORDER ADOPTING REPORT AND RECOMMENDATION** <br><br> Re: Dkt. No. 4 |

On September 26, 2019, Magistrate Judge Thomas S. Hixson issued a Report and Recommendation, recommending dismissal of this IFP action because the court is without jurisdiction to hear this appeal. Dkt. No. 4. Judge Hixson's Report and Recommendation was issued on September 26, 2019 and served by mail on plaintiff. Objections were due on or before October 10, 2019. As of today's date, no objection or other response has been filed by plaintiff.

Having reviewed the record in the case, I agree with Judge Hixson's Report and Recommendation and adopt it in every respect. This case is DISMISSED without leave to amend.

**IT IS SO ORDERED.**

Dated: October 18, 2019

WILLIAM H. ORRICK
United States District Judge